### 13884.   JONES v. THE STATE.

BROYLES, C. J. There is no substantial merit in any of the special grounds of the motion for a new trial; the verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 14, 1922.

Indictment for burglary; from Ware superior court — Judge Summerall. July 21, 1922.

*Parker & Parker,* for plaintiff in error.

*A. B. Spence, solicitor-general,* contra.